# United States District Court
## Southern District of Georgia

GLENROY HERBERT JEFFREY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV116-053
CR111-273

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 13, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the motion for 2255 is DISMISSED and this case stands CLOSED.

June 13, 2016
*Date*

Scott L. Poff
*Clerk*

*(By)* Deputy Clerk